*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by HTC*

# US Patent 7,398,298 Versus HTC (HTC VIVE)

VIVE Business Device Management System

User Guide

**Date of publication**: 6.24.2021

## About VIVE Business Device Management System

VIVE Business Device Management System is a web-based platform designed to help businesses manage their VR devices and content. It allows businesses to manage licensed and corporate specific VR content, set user roles and permissions, manage devices, and more. On your computer's web browser, go to https://business.vive.com/dm/ to access VIVE Business Device Management System.

With VIVE Business Device Management System, you can:

- Upload and deploy corporate and licensed content to your team. For details, see Types of content on page 39.
- Invite users in your organization and set roles and permissions for them when using the VIVE Business Device Management System. For details, see Managing users and groups on page 34.

https://dl4.htc.com/Web_materials/Manual/VB_DMS/VB_DMS_UG.pdf Page 5 of 67



EXHIBIT B

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by HTC*

# US Patent 7,398,298 Versus HTC (HTC VIVE)

## HTC VIVE announces Vive Business dedicated suite of professional XR software and services

May 12, 2021

**May 12, 2021 –** Continuing on from yesterday's news at VIVECON 2021, HTC VIVE's own global virtual reality (VR) conference, the company also announced at the event yesterday its newest business VR offering with the introduction of its VIVE Business platform – a complete suite of software and services, aimed at supporting the needs of businesses looking to benefit from XR. This announcement was in addition to its newly unveiled enterprise-focused VIVE Focus 3 headset and its new consumer VIVE Pro 2 device.

https://www.auganix.org/htc-vive-announces-vive-business-dedicated-suite-of-professional-xr-software-and-services/

VIVE

HTC Vive is a subsidiary of HTC Corporation that specializes in the development and manufacturing of virtual reality (VR) hardware and software. Their products, such as the HTC Vive and Vive Pro, offer high-end VR experiences for gaming, education, and other industries. HTC Vive is known for its partnerships with leading technology companies and its commitment to pushing the boundaries of VR technology.

https://vega-global.co.jp/partners/htc-vive/



EXHIBIT B

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by HTC*

| Claim 13 |
|---|
| 13. A method for providing remote data directory structure management across at least one communications network comprising:<br>receiving at least one request by a computing application operating on a computer server over the communications network for remote management control of data directory structures from participating users offered through a computing device coupled to the communications network;<br>processing the request to provide the remote management control over the data directory structures by providing data directory structure information if deemed accessible from data stored in a profile store relating to the data and data directory structures accessible to each of the participating users, the profile data store being queried for the data directory structures accessible to each of the participating users, wherein a single directory structure from among a plurality of the data directory structures associated with the profile data store is selected by each of the participating users for modification;<br>delivering desired data and the remote management control over the desired data to identified delivery targets by the computing application over the communications network;<br>generating at least one notification of the delivery of the desired data to the identified delivery targets upon the delivery of the desired data to the identified delivery targets;<br>determining if user requested data is accessible based on the information in the profile data store; and<br>delivering the user requested data and sending a confirmation of the delivery. |



EXHIBIT B

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by HTC*

| Claim 13 | |
|---|---|
| A method for providing remote data directory structure management across at least one communications network comprising: | ***{HTC VIVE business device management system performed the recited method. Roles assigned to users are an example of remote directory structure management. The roles were assigned across at least one communications network.}*** |

## About VIVE Business Device Management System

VIVE Business Device Management System is a web-based platform designed to help businesses manage their VR devices and content. It allows businesses to manage licensed and corporate specific VR content, set user roles and permissions, manage devices, and more. On your computer's web browser, go to https://business.vive.com/dm/ to access VIVE Business Device Management System.

With VIVE Business Device Management System, you can:

- Upload and deploy corporate and licensed content to your team. For details, see Types of content on page 39.
- Invite users in your organization and set roles and permissions for them when using the VIVE Business Device Management System. For details, see Managing users and groups on page 34.

## Managing users and groups

| Role | Owner | Admin | Reader | Device User |
|---|---|---|---|---|
| **Brief introduction** | The ultimate Org Admin: Full Access to all tabs/ features/ Org Account | Feature Admin: Manage content/ grant access to user/ edit user group | View only | Access ONLY to client |
| **Device Registration** | Yes | Yes | View | No Access |
| **Manage License** | | | | |
| License Plan | Edit | View | View | No Access |
| Payment | Edit | No Access | No Access | No Access |
| Order History | View | No Access | No Access | No Access |
| **Manage Users** | | | | |
| Users | Edit | Edit | View | No Access |
| User Groups | Edit | Edit | View | No Access |
| Role & Permissions | View | View | View | No Access |

https://dl4.htc.com/Web_materials/Manual/VB_DMS/VB_DMS_UG.pdf
Page 5, 34 of 67

EXHIBIT B

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by HTC*

| Claim 13 | |
|---|---|
| receiving at least one request by a computing application operating on a computer server over the communications network for remote management control of data directory structures from participating users offered through a computing device coupled to the communications network; | ***{HTC performed the recited step. The HTC platform hosted on a server is an example of a recited computer server. The computing application can be the user interface for the HTC platform. Participating users configured the HTC platform through a computing device as recited.}***<br><br>**About VIVE Business Device Management System**<br><br>VIVE Business Device Management System is a web-based platform designed to help businesses manage their VR devices and content. It allows businesses to manage licensed and corporate specific VR content, set user roles and permissions, manage devices, and more. On your computer's web browser, go to https://business.vive.com/dm/ to access VIVE Business Device Management System.<br><br>**Adding new users**<br><br>You can add new users in your organization by inviting them via email.<br><br>1. In the Users page, click **Add User** to invite a new user in your organization. **Active** users (invited and have accepted the invitation) and **Invited** users (invited but have not accepted the invitation) are listed.<br><br><br><br><br><br><br>https://dl4.htc.com/Web_materials/Manual/VB_DMS/VB_DMS_UG.pdf<br>Page 5, 35 of 67 |



EXHIBIT B

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by HTC*

| Claim 13 | |
|---|---|
| receiving at least one request by a computing application operating on a computer server over the communications network for remote management control of data directory structures from participating users offered through a computing device coupled to the communications network; | ***{HTC performed the recited step. The HTC platform interface received at least one request (e.g. "Web User Interface access"). The request was for remote management control of data directory structures as recited.}*** |

## About VIVE Business Device Management System

VIVE Business Device Management System is a web-based platform designed to help businesses manage their VR devices and content. It allows businesses to manage licensed and corporate specific VR content, set user roles and permissions, manage devices, and more. On your computer's web browser, go to https://business.vive.com/dm/ to access VIVE Business Device Management System.

## Managing users and groups

| Role | Owner | Admin | Reader | Device User |
|---|---|---|---|---|
| **Brief introduction** | The ultimate Org Admin: Full Access to all tabs/ features/ Org Account | Feature Admin: Manage content/ grant access to user/ edit user group | View only | Access ONLY to client |
| **Device Registration** | Yes | Yes | View | No Access |
| **Manage License** | | | | |
| License Plan | Edit | View | View | No Access |
| Payment | Edit | No Access | No Access | No Access |
| Order History | View | No Access | No Access | No Access |
| **Manage Users** | | | | |
| Users | Edit | Edit | View | No Access |
| User Groups | Edit | Edit | View | No Access |
| Role & Permissions | View | View | View | No Access |

## Adding new users

You can add new users in your organization by inviting them via email.

1. In the Users page, click **Add User** to invite a new user in your organization. **Active** users (invited and have accepted the invitation) and **Invited** users (invited but have not accepted the invitation) are listed.

https://dl4.htc.com/Web_materials/Manual/VB_DMS/VB_DMS_UG.pdf Page 5, 34, 35 of 67



EXHIBIT B

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by HTC*

| Claim 13 | |
|---|---|
| processing the request to provide the remote management control over the data directory structures by providing data directory structure information if deemed accessible from data stored in a profile store relating to the data and data directory structures accessible to each of the participating users, | ***{HTC performed the recited step. The HTC platform processed the request to provide remote management control over the data directory structures by providing data directory structure information.}*** |

## Managing users and groups

| Role | Owner | Admin | Reader | Device User |
|---|---|---|---|---|
| **Brief introduction** | The ultimate Org Admin: Full Access to all tabs/ features/ Org Account | Feature Admin: Manage content/ grant access to user/ edit user group | View only | Access ONLY to client |
| **Device Registration** | Yes | Yes | View | No Access |
| **Manage License** | | | | |
| License Plan | Edit | View | View | No Access |
| Payment | Edit | No Access | No Access | No Access |
| Order History | View | No Access | No Access | No Access |
| **Manage Users** | | | | |
| Users | Edit | Edit | View | No Access |
| User Groups | Edit | Edit | View | No Access |
| Role & Permissions | View | View | View | No Access |

## Adding new users

You can add new users in your organization by inviting them via email.

1. In the Users page, click **Add User** to invite a new user in your organization. **Active** users (invited and have accepted the invitation) and **Invited** users (invited but have not accepted the invitation) are listed.

https://dl4.htc.com/Web_materials/Manual/VB_DMS/VB_DMS_UG.pdf Page 34, 35 of 67

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by HTC*

## Claim 13

processing the request to provide the remote management control over the data directory structures by providing data directory structure information if deemed accessible from data stored in a profile store relating to the data and data directory structures accessible to each of the participating users,

***{The recited requests were only processed if deemed accessible from data stored in the recited profile store. For example, only owner could invite users and edit their role of access to the platform through Member Profile.}***

### Managing users and groups

| Role | Owner | Admin | Reader | Device User |
|---|---|---|---|---|
| **Brief introduction** | The ultimate Org Admin: Full Access to all tabs/ features/ Org Account | Feature Admin: Manage content/ grant access to user/ edit user group | View only | Access ONLY to client |
| **Device Registration** | Yes | Yes | View | No Access |
| **Manage License** | | | | |
| License Plan | Edit | View | View | No Access |
| Payment | Edit | No Access | No Access | No Access |
| Order History | View | No Access | No Access | No Access |
| **Manage Users** | | | | |
| Users | Edit | Edit | View | No Access |
| User Groups | Edit | Edit | View | No Access |
| Role & Permissions | View | View | View | No Access |

https://dl4.htc.com/Web_materials/Manual/VB_DMS/VB_DMS_UG.pdf Page 34 of 67

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by HTC*

| Claim 13 | |
|---|---|
| the profile data store being queried for the data directory structures accessible to each of the participating users, | ***{The recited requests were only processed if deemed accessible from data stored in the recited profile store. For example, only Owner could invite users and edit their role of access to the platform through Member Profile.}*** |

## Managing users and groups

| Role | Owner | Admin | Reader | Device User |
|---|---|---|---|---|
| **Brief introduction** | The ultimate Org Admin: Full Access to all tabs/ features/ Org Account | Feature Admin: Manage content/ grant access to user/ edit user group | View only | Access ONLY to client |
| **Device Registration** | Yes | Yes | View | No Access |
| **Manage License** | | | | |
| License Plan | Edit | View | View | No Access |
| Payment | Edit | No Access | No Access | No Access |
| Order History | View | No Access | No Access | No Access |
| **Manage Users** | | | | |
| Users | Edit | Edit | View | No Access |
| User Groups | Edit | Edit | View | No Access |
| Role & Permissions | View | View | View | No Access |

https://dl4.htc.com/Web_materials/Manual/VB_DMS/VB_DMS_UG.pdf Page 34 of 67



EXHIBIT B

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by HTC*

| Claim 13 | |
|---|---|
| wherein a single directory structure from among a plurality of the data directory structures associated with the profile data store is selected by each of the participating users for modification; | ***{For Web User Interface access, a single directory structure was selected by Owner to invite a new user to access the HTC platform. Web User Interface access could have one of the directory structures as listed. The plurality of data directory structures was associated with the profile data store shown on the previous slide.}*** |

## Managing users and groups

| Role | Owner | Admin | Reader | Device User |
|---|---|---|---|---|
| **Brief introduction** | The ultimate Org Admin: Full Access to all tabs/ features/ Org Account | Feature Admin: Manage content/ grant access to user/ edit user group | View only | Access ONLY to client |
| **Device Registration** | Yes | Yes | View | No Access |
| **Manage License** | | | | |
| License Plan | Edit | View | View | No Access |
| Payment | Edit | No Access | No Access | No Access |
| Order History | View | No Access | No Access | No Access |
| **Manage Users** | | | | |
| Users | Edit | Edit | View | No Access |
| User Groups | Edit | Edit | View | No Access |
| Role & Permissions | View | View | View | No Access |

## Adding new users




https://dl4.htc.com/Web_materials/Manual/VB_DMS/VB_DMS_UG.pdf
Page 34, 35 of 67

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by HTC*

| Claim 13 | |
|---|---|
| delivering desired data and the remote management control over the desired data to identified delivery targets by the computing application over the communications network; | ***{HTC performed the recited step. Via the web user interface, the HTC platform delivered the desired data and the remote management control over the desired data as recited. Delivery targets were identified by the user (admin) having Owner roles.}*** <br><br> **Managing users and groups** <br><br> (see table below) <br><br> **Adding new users** <br> You can add new users in your organization by inviting them via email. <br><br> 1. In the Users page, click **Add User** to invite a new user in your organization. **Active** users (invited and have accepted the invitation) and **Invited** users (invited but have not accepted the invitation) are listed. <br><br> https://dl4.htc.com/Web_materials/Manual/VB_DMS/VB_DMS_UG.pdf <br> Page 34, 35 of 67 |

| Role | Owner | Admin | Reader | Device User |
|---|---|---|---|---|
| Brief introduction | The ultimate Org Admin: Full Access to all tabs/ features/ Org Account | Feature Admin: Manage content/ grant access to user/ edit user group | View only | Access ONLY to client |
| Device Registration | Yes | Yes | View | No Access |
| Manage License | | | | |
| License Plan | Edit | View | View | No Access |
| Payment | Edit | No Access | No Access | No Access |
| Order History | View | No Access | No Access | No Access |
| Manage Users | | | | |
| Users | Edit | Edit | View | No Access |
| User Groups | Edit | Edit | View | No Access |
| Role & Permissions | View | View | View | No Access |



EXHIBIT B

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by HTC*

| Claim 13 | |
|---|---|
| generating at least one notification of the delivery of the desired data to the identified delivery targets upon the delivery of the desired data to the identified delivery targets; | ***{HTC performed the recited step. When an administrator added a user, the administrator entered the user's email address, assigned one or more roles, and sent an invitation email to the user. The invitation email served as at least one alert indicating the delivery of the desired data (e.g., access to the web user interface).}***<br><br>Adding new users<br><br>**2.** Enter the email address of the user you want to invite and set their roles and permissions. You can simultaneously send invitations to several users (up to 10) by clicking **+ Add More User**.<br><br><br><br>**3.** Click **Invite** to send out the invitation. The invited user will receive the invitation by email.<br><br>https://dl4.htc.com/Web_materials/Manual/VB_DMS/VB_DMS_UG.pdf Page 35 of 67 |



EXHIBIT B

Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by HTC

| Claim 13 | |
|---|---|
| determining if user requested data is accessible based on the information in the profile data store ; | ***{HTC performed the recited step. The ability to enter Owner mode and edit users was determined based on the Owner access. For example, Owner could invite and edit user roles.}*** |

Managing users and groups



| Role | Owner | Admin | Reader | Device User |
|---|---|---|---|---|
| Brief introduction | The ultimate Org Admin: Full Access to all tabs/ features/ Org Account | Feature Admin: Manage content/ grant access to user/ edit user group | View only | Access ONLY to client |
| Device Registration | Yes | Yes | View | No Access |
| Manage License | | | | |
| License Plan | Edit | View | View | No Access |
| Payment | Edit | No Access | No Access | No Access |
| Order History | View | No Access | No Access | No Access |
| Manage Users | | | | |
| Users | Edit | Edit | View | No Access |
| User Groups | Edit | Edit | View | No Access |
| Role & Permissions | View | View | View | No Access |

Adding new users




https://dl4.htc.com/Web_materials/Manual/VB_DMS/VB_DMS_UG.pdf Page 34, 35 of 67



EXHIBIT B

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by HTC*

## Claim 13

delivering the user requested data and sending a confirmation of the delivery.

***{HTC performed the recited step. User-requested data such as editing user roles was delivered. The HTC Platform sendt a confirmation of the delivery via at least "invite".}***

### Managing users and groups

| Role | Owner | Admin | Reader | Device User |
|---|---|---|---|---|
| **Brief introduction** | The ultimate Org Admin: Full Access to all tabs/ features/ Org Account | Feature Admin: Manage content/ grant access to user/ edit user group | View only | Access ONLY to client |
| **Device Registration** | Yes | Yes | View | No Access |
| **Manage License** | | | | |
| License Plan | Edit | View | View | No Access |
| Payment | Edit | No Access | No Access | No Access |
| Order History | View | No Access | No Access | No Access |
| **Manage Users** | | | | |
| Users | Edit | Edit | View | No Access |
| User Groups | Edit | Edit | View | No Access |
| Role & Permissions | View | View | View | No Access |

### Adding new users




https://dl4.htc.com/Web_materials/Manual/VB_DMS/VB_DMS_UG.pdf Page 34, 35 of 67



EXHIBIT B